# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ALONZO ZACHERY**
**Reg. # 11698-035**                                                                                           **PETITIONER**

**VS.**                            **NO. 2:06CV00013 BD**

**LINDA SANDERS,**
**Warden, FCI - Forrest City**                                                      **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2241 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 26th day of February, 2007.

_____
United States Magistrate Judge